**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| In Re: AUTOMOTIVE PARTS ANTITRUST LITIGATION | ) ) ) ) ) ) | Master File No, 12-md-02311 Honorable Marianne O. Battani |
| _____ | ) | |
| In Re: | ) ) | |
| *FUEL INJECTION SYSTEMS* CASES | ) ) ) ) | **Jury Trial Demanded** |
| _____ | ) ) | |
| THIS RELATES TO: | ) ) | Case No. 2:17-cv-12013 |
| GROUP 1 AUTOMOTIVE, INC. AS ASSIGNEE ON BEHALF OF GROUP 1 AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, ASBURY AUTOMOTIVE GROUP, INC. AS ASSIGNEE ON BEHALF OF ASBURY AUTOMOTIVE WHOLLY- OWNED SUBSIDIARY DEALERSHIPS, VAN TUYL GROUP, LLC AS ASSIGNEE ON BEHALF OF ASSIGNOR DEALERSHIPS, AND MAJOR AUTOMOTIVE COMPANIES, INC. AS ASSIGNEE ON BEHALF OF MAJOR AUTOMOTIVE WHOLLY-OWNED SUBSIDIARY DEALERSHIPS, BRONX FORD, INC., AND CITY WORLD MOTORS, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs. | ) ) ) | |
| v. | ) ) ) | |
| AISAN INDUSTRY CO., LTD., FRANKLIN PRECISION INDUSTRY, INC., AISAN CORPORATION OF AMERICA, HYUNDAM INDUSTRIAL CO., LTD., | ) ) ) ) | |

1

HITACHI AUTOMOTIVE SYSTEMS, LTD.,   )
HITACHI AUTOMOTIVE SYSTEMS
AMERICAS, INC.                       )
DENSO CORPORATION,                   )
DENSO INTERNATIONAL AMERICA, INC., )
DENSO INTERNATIONAL KOREA            )
CORPORATION,                         )
KEIHIN CORPORATION,                  )
KEIHIN NORTH AMERICA, INC.,          )
MARUYASU INDUSTRIES CO., LTD.,       )
MIKUNI CORPORATION,                  )
MIKUNI AMERICAN CORPORATION,         )
MITSUBA CORPORATION,                 )
AMERICAN MITSUBA CORPORATION,        )
MITSUBISHI ELECTRIC CORPORATION,     )
MITSUBISHI ELECTRIC US               )
HOLDINGS, INC.,                      )
AND MITSUBISHI ELECTRIC              )
AUTOMOTIVE AMERICA, INC.,            )
ROBERT BOSCH GMBH,                   )
AND ROBERT BOSCH LLC,                )
                                     )
Defendants.                          )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of their voluntary dismissal with prejudice of the following Defendants for the claims set forth in the Original Complaint (Dkt. No. 01): Hitachi Automotive Systems, Ltd., and Hitachi Automotive Systems Americas, Inc. (collectively the "Dismissed Defendants").  The Dismissed Defendants have not filed answers or motions for summary judgment with respect to Plaintiff's Original Complaint filed on June 22, 2017.

DATED:  July 7, 2017                    Respectfully submitted,

                                        /s/ Andrew G. Pate_____
                                        Michael B. Angelovich
                                        Texas Bar No. 00785666
                                        Jeffrey J. Angelovich
                                        Texas Bar No. 00786988
                                        Andrew G. Pate
                                        Texas Bar No. 24079111
                                        **NIX, PATTERSON & ROACH, LLP**
                                        3600 N. Capital of Texas Hwy.
                                        Bldg. B, Suite 350
                                        Austin, TX  78746
                                        Telephone: (512) 328-5333
                                        Facsimile: (512) 328-5335
                                        Email:  mangelovich@nixlaw.com
                                        jangelovich@nixlaw.com
                                        dpate@nixlaw.com


                                        Winn Cutler
                                        Texas Bar No. 24084364
                                        **NIX, PATTERSON & ROACH, LLP**
                                        Advancial Building
                                        1845 Woodall Rodgers Fwy.
                                        Suite 1050
                                        Dallas, TX  75201
                                        Telephone: (972) 831-1188
                                        Facsimile: (972) 444-0716
                                        Email: winncutler@nixlaw.com

                                        Keith Butler
                                        California Bar No. 215670
                                        **STRANGE & BUTLER LLP**
                                        12100 Wilshire Blvd.
                                        Suite 1900
                                        Los Angeles, CA 90025
                                        Telephone: (310) 207-5055
                                        Facsimile: (310) 826-3210
                                        Email: kbutler@strangeandbutler.com

                                        **ATTORNEYS FOR PLAINTIFFS**

3

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

*/s/ Andrew G. Pate*
Andrew G. Pate